**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CRIMINAL HEARING MINUTES**

Date: 8/15/2023　　　Case #: 3:23-mj-709 (MEG)　　　Dft #: 1

**UNITED STATES OF AMERICA**

Vs.

Gene DiGiovanni, Jr.

Honorable Judge: Maria E. Garcia
Deputy Clerk: Sarah Santos
AUSA: Katherine Boyles
Counsel for Defendant: Martin Minella

☒ Retained　☐ CJA　☐ FPD

Start Time: 4:00 p.m.　End Time: 4:26 p.m.
USPO: Marina Davila and Karen Rubiano
Recess (if more than ½ hr) _____ to _____
Reporter/ECRO/FTR: Courtsmart
Interpreter: _____　Language: _____

Total Time ___ hours  26 minutes
Hearing held ☒ in person  ☐ by video  ☐ by telephone

**HEARING AND TIME**

| | | | |
|---|---|---|---|
| ☐ Initial Appearance ___ | ☒ Initial Appear. Rule 5  13 | ☒ Detention  13 | ☐ Arraignment ___ |
| ☐ Motion ___ | ☐ Bond ___ | ☐ Waiver/Plea ___ | ☐ Probable Cause ___ |
| ☐ Change of Plea ___ | ☐ Conflict ___ | ☐ Evidentiary ___ | ☐ Extradition ___ |
| ☐ Status Conference ___ | ☐ Competency ___ | ☐ In Camera ___ | ☐ Frye ___ |

☐ Arrest or ☒ Self surrender   Date: 8/15/2023　　☒ Rule 5 charging district: of Colombia
☐ Case Unsealed　　☐ Order appointing FPD
☐ Deft failed to appear　　☒ Order appointing Attorney: Martin Minella (for District of Conn) (ORAL)
☐ CJA23 financial affidavit filed under seal　　☐ Set ATTY flag and notify grievance clerk
☒ Oral Brady Order entered and paper to issue　　☐ Defendant waives right to proceed in-person

**FILED IN COURT**

| | | |
|---|---|---|
| ☐ Complaint with affidavit | ☐ Sealed Complaint with affidavit | ☐ Waiver of Indictment (case opening) |
| ☐ Felony Information | ☐ Misdemeanor Information | ☐ Waiver of Indictment (mid-case) |
| ☐ Superseding Information | ☐ Substitute Information | ☐ Sealed Information |

**PLEA**

Plea entered of ☐ NOT guilty ☐ guilty ☐ nolo contendere; As to counts _____
Plea agreement letter ☐ filed ☐ under seal ☐ to be filed
☐ Petition to enter guilty plea filed

**SENTENCING**

☐ Sentencing set for _____ at _____
☐ Probation 246B Order for PSI & Report filed
☐ Special Assessment of $_____ on count(s) _____. Total of $_____  ☐ due now ☐ due at sentencing

Rev. 12-9-21　　　　　　　　　　　　　　　　　　　　　　　　　　　Page **1** of **2**

**ORDERS**
- ☒ Waiver of Rule 5 hearing filed
- ☐ Defendant motions due_____, Govt. responses due _____
- ☐ Scheduling Order filed ☐ to be filed; ☐Sentencing scheduling order filed
- ☐ Hearing on pending motions scheduled for _____ at _____
- ☐ Jury Selection set for _____ at_____ before Judge_____
- ☐ Defendant's motion for waiver of 10-day notice filed; ☐ Granted ☐Denied ☐Advisement
_____ hearing set for _____ ; continued until_____

**DETENTION**
- ☐ Govt's motion for pretrial detention filed ☐ Granted ☐Denied ☐Advisement
- ☐ Order of detention filed
- ☒ Bond set at $_____ ☐ reduced to $_____ ; ☐Non-surety ☐Surety ☒Personal recognizance
- ☐ Bond ☐revoked ☐reinstated ☐continued ☐modified
- ☐ No bond set at this time
- ☐ Order of temporary detention pending hearing filed
- ☐ Defendant detained
- ☐ Defendant ordered removed/committed to originating/other District of _____

**CONDITIONS OF BOND**
- ☐ Connecticut restricted travel extended to_____ upon obtaining permission from the USPO. A motion for any other travel with copies to the government and USPO must be filed and approved by the Court.
- ☐ Defendant must reside at _____.
- ☐ Defendant must report to USPO ____times a ☐week ☐month; ☐by telephone ☐in person ☐ at USPO discretion
- ☐ Defendant must surrender passport to the USPO ☐ must not apply for passport
- ☐ Defendant must refrain from possessing firearms or dangerous weapons
- ☐ Defendant must refrain from use or unlawful possession, or distribution of narcotic drug
- ☐ Defendant must maintain employment or actively seek employment
- ☒ As set forth in the Order Setting Conditions of Release
- ☐ Other _____
_____

**MOTIONS**
- ☐ Motion for _____filed by☐ USA ☐defendant, ☐granted ☐denied ☐advisement
- ☐ Motion for _____filed by☐ USA ☐defendant, ☐granted ☐denied ☐advisement
- ☐ Motion for _____filed by☐ USA ☐defendant, ☐granted ☐denied ☐advisement
- ☐ Motion for _____filed by☐ USA ☐defendant, ☐granted ☐denied ☐advisement

**NOTES**
_____
_____
_____
_____