AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

AUG 15 2023 PM5:48
FILED-USDC-CT-NEW HAVEN

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00204 |
| Gene DiGiovanni Jr. (AKA: Gino DiGiovanni) | ) Assigned To : Upadhyaya, Moxila A. |
| | ) Assign. Date : 8/14/2023 |
| | ) Description: Complaint W/ Arrest Warrant |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ Gene DiGiovanni Jr. _____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - (Entering and Remaining in a Restricted Building or Grounds);
18 U.S.C. § 1752(a)(2) - (Disorderly and Disruptive Conduct in a Restricted Building or Grounds);
40 U.S.C. § 5104(e)(2)(D) - (Disorderly Conduct in a Capitol Building);
40 U.S.C. § 5104(e)(2)(G) - (Parading, Demonstrating, or Picketing in a Capitol Building).

Date:     08/14/2023

*Judge's signature*

City and state:     Washington, D.C.     Honorable Moxila A. Upadhyaya,
*United States Magistrate Judge*

---

**Return**

This warrant was received on *(date)*  8/14/23 , and the person was arrested on *(date)*  8/15/23
at *(city and state)*  _____.

Date:  8/15/23

TFO
*Arresting officer's signature*

Task Force Officer Sean Brennan   FBI New Haven
*Printed name and title*