United States District Court
District of Connecticut
FILED AT NEW HAVEN

August 15, 20 23

By   S. Santos
Deputy Clerk

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No. 23-mj-709 |
| GENE DIGIOVANNI JR., : | |
| : | |
| Defendant. : | |

## MOTION TO UNSEAL

In accordance with Local Rule 57 of the Local Rules of Criminal Procedure, the United States respectfully moves the Court for an order unsealing all documents in the above-captioned case.

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

*/s/ Katherine E. Boyles*
KATHERINE E. BOYLES
ASSISTANT U.S. ATTORNEY
Fed. Bar No. PHV20325
157 Church Street, 25th Floor
New Haven, Connecticut 06510
Ph. 203-931-5088
Email: Katherine.boyles@usdoj.gov

## CERTIFICATION

I hereby certify that on August 15, 2023, a copy of the foregoing was sent to the Court and defense counsel. Counsel will also file this motion to the docket once electronic filing is enabled. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System once filed.

*/s/ Katherine E. Boyles*
KATHERINE E. BOYLES
ASSISTANT U.S. ATTORNEY